JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANON U.S.A., Inc., | CV 11-2701 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| DANNY WONG | |
| Defendant. | |

In accordance with this Court's August 1, 2011 Order granting the Motion for Default Judgment filed by plaintiff Canon U.S.A., Inc. ("Plaintiff") against defendant Danny Wong ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.  Defendant shall pay Plaintiff damages in the amount of $10,000.

2.  Plaintiff shall recover its costs of suit from Defendant.

3.  Plaintiff is entitled to interest on the principal amount of the judgment to Plaintiff at a statutory rate pursuant to 28 U.S.C. § 1961(a).

4.  Defendant and his agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this injunction are hereby

//

//

1 permanently restrained and enjoined from directly or indirectly infringing in any manner
2 upon Plaintiff's U.S. Trademark Registration Nos. 1,315,232 and 3,189,094.
3     IT IS SO ORDERED.

5 DATED: August 1, 2011        _____
                                    Percy Anderson
                        UNITED STATES DISTRICT JUDGE